# United States District Court
## *Southern District of Georgia*

BRANDON BONNER,

    Plaintiff,

                 v.

OFC. RHODES and OFC. BERRY,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV116-196

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on March 13, 2017, the Report and

Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore,

this civil action is DISMISSED without prejudice as a sanction and this case stands CLOSED.



March 13, 2017
Date

Scott L. Poff
Clerk

*(By) Deputy Clerk*